# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132111

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                                    SC: 132111
                                                    COA: 267562
                                                    Wayne CC: 00-007613-01

KENYA ROGERS,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the July 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

d1218

Clerk